# UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: Michelle Deon Lee,<br><br>Debtor. | 1:25-cv-04135-NYM |
| Michelle Deon Lee,<br><br>Appellant,<br>v.<br>Cornerstone Home Lending, Inc. & Abbey Dreher,<br><br>Appellee. | Bankr. No. 24-16918-KHT<br>Adv. No. 25-01248-KHT<br>Chapter 7 |

**ONE DOCUMENT**
(Combined Statement of Admission to Practice, Statement of Interested Parties, and Statement Regarding Oral Argument pursuant to Tenth Circuit BAP Local Rule 8003-2(d))

**Statement of Admission to Practice or Statement Regarding Pro Se Status**

Pursuant to Tenth Circuit BAP Local Rule 8003-2(a), the undersigned attorney, counsel for Cornerstone Home Lending, Inc. & Abbey Dreher, Appellee, in the subject case states that _X__ he or she is admitted to practice before this Court in compliance with Tenth Circuit BAP Local Rule 8026-2(a), or that ____ he or she is appearing pro se.

## Statement of Interested Parties[*]

Appellee, pursuant to Tenth Circuit BAP Local Rule 8003-2(b), hereby submits the following:

1. Names of interested parties who are not listed in the notice of appeal (L.R. 8003-2(b)(1)):

    X   Cornerstone Home Lending, Inc., now known as Cornerstone Capital Bank SSB, d/b/a Cornerstone Home Lending

    ☐ There are no such parties.

2. Names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (L.R. 8003-2(b)(2)):[**]

    ☐ _____

    X   There are no such parent or publicly held corporations.

3. Names of any attorneys who have previously appeared but who have not entered an appearance in this Court (L.R. 8003-2(b)(3)):

    ☐ _____

    X   There are no such prior attorneys.

4. *Only complete this portion if (1) you are/represent the debtor or trustee, or (2) if neither the debtor nor the trustee are parties to the appeal, you are the Appellant.*

    a. List each debtor not named in the caption (Fed. R. Bankr. P. 8012(b)):

    ☐ _____

    ☐ There are no debtors not named in the caption.

---

[*]   This form is used for conflicts checking purposes.

[**]   See 11 U.S.C. § 101(9) for the definition of "corporation."

    b. For each debtor listed in paragraph 4(a) that is a corporation, list the names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (8003-2(b)(2)):

        ☐ _____

    ☐ There are no such parent or publicly held corporations.

**Statement Regarding Oral Argument**

    Appellee    , pursuant to Tenth Circuit BAP Local Rule 8003-2(c), hereby submits the following statement regarding oral argument:
[*Appellant or Appellee*]

☐ Oral Argument is REQUESTED.

X Oral argument is NOT REQUESTED.

/s/Abbey Dreher_____
*Abbey Dreher*
*14841 Dallas Parkway Suite 350*
*Dallas, Texas 75254*
*972-643-6604*
*Abbey.dreher@bonialpc.com*

*Note: Attach proof of service on all parties. Fed. R. Bankr. P. 8011(d)(1)(B).*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing and all applicable attachments were duly mailed, postage prepaid, and via electronic means on January 20, 2026, addressed as follows and via ECF:

**ATTORNEY FOR DEBTOR:**

Pro Se

Michelle Deon Lee

16480 Fairway Dr

Commerce City, CO 80022

**DEBTOR:**

Michelle Deon Lee

16480 Fairway Dr

Commerce City, CO 80022


/s/ Abbey Dreher

Signature