IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 25-cv-04135-NYW
(Bankr. No.  25-01248-KHT)

In Re: MICHELLE D. LEE,
_____

MICHELLE D. LEE,

     Appellant,

v.

CORNERSTONE HOME LENDING, INC, and ABBY DREHER,

     Appellees.
_____

**NOTICE OF DEFICIENCY**
_____

Pursuant to 10th Cir. BAP L.R. 8003-2,

    On the earlier of (i) 14 days after the date of the notice that the appeal has been docketed with this Court, or (ii) upon filing a motion or response, a party must file the following with this Court:

        (a) Statement of Admission to Practice or Pro Se Status. The Statement of Admission to Practice or Pro Se Status must contain: the party's name; address; telephone number; ECF email address (or, for exempt filers, who consent to be served by e-mail, an e-mail address for service), and a statement as to whether the attorney appearing on behalf of the party is admitted to practice before this Court in compliance with 10th Cir. BAP L.R. 8026-2[.]

        . . .

        (b) Statement of Interested Parties. All parties, other than governmental units, must file a Statement of Interested Parties disclosing by name any interested party who is not listed in the notice of appeal. If there are none, a statement to that effect must be filed.

> . . .
>
> (c) Statement Regarding Oral Argument. The Statement Regarding Oral Argument must indicate whether the party requests oral argument. A party may amend its Statement Regarding Oral Argument to request oral argument no later than the filing of its initial brief. A party may waive oral argument and request the appeal be heard on the briefs at any time.

Additionally, pursuant to Fed. R. Bankr. P. 8009(a)(1), Appellant must:

> (A) file with the bankruptcy clerk a designation of the items to be included in the record on appeal and a statement of the issues to be presented; and
>
> (B) file and serve the designation and statement on the appellee within 14 days after:
>
> - the notice of appeal as of right becomes effective under Rule 8002; or
>
> - an order granting leave to appeal has been entered. Premature service is treated as service on the first day on which filing is timely.

A review of the documents in this appeal indicates that Appellant has not complied with this requirement to file Combined Statements. An appellant's failure to file these documents may result in dismissal of the appeal for failure to prosecute.

Accordingly, it is HEREBY ORDERED that this appeal will be dismissed for failure to prosecute unless Appellant cures the deficiencies described above within fourteen (14) days from the date of this Notice and Order.

Dated: January 27th, 2026     BY THE COURT:

_____
Nina Y. Wang
United States District Judge