IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
IN RE:
MICHELLE DEON LEE,
Debtor.
Chapter 7
MICHELLE D. LEE,
Plaintiff,

v.

CORNERSTONE HOME LENDING, a Division of Cornerstone Capital Bank, SSB; and ABBEY DREHER,
Defendants.

Chapter 7
MICHELLE D. LEE,
Plaintiff,

v.

CORNERSTONE HOME LENDING, a Division of Cornerstone Capital Bank, SSB; and ABBEY DREHER,
Defendants.

FILED
CLERK OF COURT
JAN 2 6 2026
U.S BANKRUPTCY COURT
DISTRICT OF COLORADO

## Motion in District Court (Appeal Case No. 25-cv-04135-NYW)
MOTION TO HOLD APPEAL IN ABEYANCE PENDING SUPPLEMENTAL FINDINGS BY BANKRUPTCY COURT

TO THE HONORABLE COURT:

Plaintiff-Appellant Michelle D. Lee, pro se, respectfully moves this Court to hold the appeal in abeyance until the Bankruptcy Court issues explicit findings regarding subject-matter jurisdiction and procedural due process, as raised but not resolved in prior Orders.

Background:
　　A Notice of Appeal was filed on _1/16/26_ from the Bankruptcy Court's Judgment and Order dismissing the adversary proceeding.
　　Plaintiff has raised in her MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), ALTERNATIVELY FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(1), (3) & (4), responses,/ first motion for reconsideration issues of subject-matter jurisdiction (standing, chain of

title, assignments) and procedural due process (notice, authentication, opportunity to challenge documents).

The Bankruptcy Court's Orders (Dec. 5, 2025; Jan. 5, 2026, Jan.16, 2026 have not explicitly addressed whether jurisdiction existed or whether due process was afforded.

Legal Basis:
• Rule 8008 FRBP allows indicative rulings by the Bankruptcy Court when appellate review is pending.
• Appellate courts require clear findings for subject-matter jurisdiction and due process before deciding the merits.

Requested Relief:
A. Hold this appeal in abeyance until the Bankruptcy Court issues detailed findings of fact and conclusions of law addressing (i) subject-matter jurisdiction, and (ii) procedural due process as described above.
B. Remand the case if necessary for those limited findings, while retaining jurisdiction over the appeal.
C. Postpone the Appellant's Brief and Appendix deadline (currently February 9, 2026) until after the Bankruptcy Court issues the findings; establish a new briefing schedule.
D. Such other relief as the Court deems just and proper.

Respectfully submitted,

_____  *signature*

Michelle D. Lee, pro se
Address: _____
Date: _____  1-26-26