UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: Michelle Deon Lee,<br><br>Debtor. | 1:25-cv-04135-NYM |
| Michelle Deon Lee,<br><br>Appellant,<br><br>v.<br><br>Cornerstone Home Lending, Inc. & Abbey Dreher,<br><br>Appellee. | Bankr. No. 24-16918-KHT<br>Adv. No. 25-01248-KHT<br>Chapter 7 |

**RESPONSE TO MOTION TO HOLD APPEAL IN ABEYANCE**

Appellee's hereby object to Appellant's Motion to Hold Appel in Abeyance pending Supplemental Findings by the Bankruptcy Court. Appellant was placed under filing restrictions in Bankruptcy Case 24-16918 on January 14, 2026. Those restrictions were in place at the time Appellant filed her Motion for Indicative Ruling Under FRBP 8008 and remain in place at this time. Appellant did not follow the restrictions put in place by the Bankruptcy Court and Appellee expects the Motion to be stricken by the Bankruptcy Court in short order. Further, Appellant has already failed to meet the deadline in this proceeding for filing her Designation of Record and Statement of Issues. She's also failed to file her Combined Statement. The Court has given her additional time to file these items. Appellant continues to request the same relief in

multiple pleadings and multiple jurisdictions, in hopes of obtaining a different response. Appellee's object to any further delay of these proceedings.

/s/Abbey Dreher_____
*Abbey Dreher*
*14841 Dallas Parkway Suite 350*
*Dallas, Texas 75254*
*972-643-6604*
*Abbey.dreher@bonialpc.com*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing and all applicable attachments were duly mailed, postage prepaid, and via electronic means on January 28, 2026, addressed as follows and via ECF:

**ATTORNEY FOR DEBTOR:**

Pro Se

Michelle Deon Lee

16480 Fairway Dr

Commerce City, CO 80022

**DEBTOR:**

Michelle Deon Lee

16480 Fairway Dr

Commerce City, CO 80022

/s/ Abbey Dreher

Signature