IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 25-cv-4135-NYW
Bankr. No. 24-16918-KHT
Adversary Proceeding No. 25-01248-KHT

IN RE: MICHELLE D. LEE,

    Debtor.
_____

MICHELLE D. LEE,

    Appellant,

v.

CORNERSTONE HOME LENDING, INC. AND ABBY DREHER,

    Appellees.
_____

### ORDER DENYING ABEYANCE MOTION
_____

    The matter before the Court is Appellant's *Motion to Hold Appeal in Abeyance Pending Supplemental Findings by Bankruptcy Court* ("Abeyance Motion"). The Court notes that on January 26, 2026 Appellant filed with the Bankruptcy Court a *Motion for Indicative Ruling Under FRBP 8008 Requesting Supplemental Findings on Subject-Matter Jurisdiction and Procedural Due Process* (the "Indicative Ruling Motion") and, on January 30, 2026, the Bankruptcy Court entered an order striking the Indicative Ruling Motion due to the previously imposed filing restrictions applicable to any pleadings or requests filed by Appellant (the "Order Striking").

    As there is no pending request to the Bankruptcy Court for additional findings given the Order Striking, no basis exists to grant the Abeyance Motion. Additionally, even if the Indicative Ruling Motion remained pending before the Bankruptcy Court, the issues Appellant requests this Court remand—whether the Bankruptcy Court erred in

determining Appellees had standing or failed to afford Appellant due process—go to the merits of the appeal. Thus, a remand is not appropriate.

For the foregoing reasons, IT IS **ORDERED** that:

1. This Abeyance Motion is **DENIED**; and
2. All deadlines in this appeal remain in effect.

DATED: February 4, 2026        BY THE COURT:

_____
Nina Y. Wang
United States District Judge