# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: Michelle Deon Lee, <br><br> Debtor. | 1:25-cv-04135-NYM |
| Michelle Deon Lee, <br><br> Appellant, <br><br> v. <br><br> Cornerstone Home Lending, Inc. & Abbey Dreher, <br><br> Appellee. | Bankr. No. 24-16918-KHT <br> Adv. No. 25-01248-KHT <br> Chapter 7 |

## RESPONSE TO MOTION TO ABATE APPEAL AND REMAND TO THE DISTRICT COURT

Appellee's hereby object to Appellant's Motion to Abate Appeal and Remand to the District Court. Appellant's main bankruptcy case was discharged on February 24, 2026. Upon debtor's request, the case was then dismissed on February 24, 2026. There is no reason to abate the appeal at this time as the appeal is moot due to the discharge and dismissal of the underlying bankruptcy case. By Debtor's own admission, no stay exists as the bankruptcy estate no longer exists. Appellee's object to any further delay of these proceedings and requests that this Appeal be dismissed as moot.

/s/Abbey Dreher_____
*Abbey Dreher*
*14841 Dallas Parkway Suite 350*
*Dallas, Texas 75254*
*972-643-6604*
*Abbey.dreher@bonialpc.com*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing and all applicable attachments were duly mailed, postage prepaid, and via electronic means on March 19, 2026, addressed as follows and via ECF:

**ATTORNEY FOR DEBTOR:**

Pro Se

Michelle Deon Lee

16480 Fairway Dr

Commerce City, CO 80022

**DEBTOR:**

Michelle Deon Lee

16480 Fairway Dr

Commerce City, CO 80022

/s/ Abbey Dreher

Signature