*25-CV- 4135 -NYW*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# Petition to Remove Trustee & Appoint Successor (Settlor Living)

Adams County, Colorado
District Court / Probate Court Denver
Case No.: **26PR186**
In the Matter of the Trust of: MICHELLE DEON LEE

FILED IN ADAMS COUNTY
COMBINED COURT

APR 2 4 2026

## PETITION TO REMOVE TRUSTEE AND APPOINT SUCCESSOR TRUSTEE

COMES NOW Petitioner, Michelle D. Lee , a qualified Expressed beneficiary Expressed Grantor under Gods law and under the Trust, and states:

a. Trust Name: *The Michelle Deon Lee Trust*, dated November 30, 1970.
b. Settlor: Michelle D. Lee, currently living and residing at 15430 Fairway Dr., Commerce City, Colorado 80022.
c. Trustee: Michelle D. Lee, appointed as Trustee under the Trust. (Even though the Settlor and Trustee are the same person initially.)
d. Petitioner: Michelle D. Lee, beneficiary and co-trustee.

1. Jurisdiction & Authority
Jurisdiction lies under the Colorado Uniform Trust Code, C.R.S. § 15-5-706 (Removal of Trustee). Venue is proper in this court because Denver  is the place of trust administration.

2. Grounds for Removal (Abandonment)
Petitioner alleges that the Trustee has abandoned essential duties by:
Neglecting maintenance of trust property located at
 15430 Fairway dr. Commerce City Co. 80022
**16480 Fairway dr. Commerce City Colorado**
**5031N. Quemoy Aurora Co. 80019**
Failing to ensure utilities and habitability, leaving beneficiaries without safe shelter, water  shut off for 3 months, or basic necessities;
Failing to communicate/respond to beneficiary demands regarding trust administration; allowing liability for the trust to be taken advantage of by creditors.Incomplete Accounting & Records Under Colorado Open Records Act ("CORA") Requests
Petitioner has submitted CORA requests in counties Adams , Denver , and Arapahoe , Adams  to obtain Trust-related accounting documents and

records. The responses have been incomplete or nonresponsive, indicating lack of documentation and possibly efforts to conceal or neglect proper recordkeeping and transparency.

Allowing trust property to deteriorate or become unsafe due to disrepair and lack of oversight.

3. Harm and Need for Successor Trustee
Because of the Trustee's abandonment, beneficiaries are suffering deprivation of basic living standards; there is risk of irreparable damage to trust assets; and trust purposes are being frustrated. Immediate intervention is necessary to protect beneficiaries' health, safety, and trust property.

4. New Successor Trustee
Petitioner nominates Michelle D. Lee  of 16480 Fairway dr. Commerce City dr. who is willing and able to serve. The nominee would accept fiduciary duties, manage property, restore utilities and shelter, account for past management, and otherwise administer the trust as required by law and trust instrument.

5. Trust Instrument: Attached

---

## PRAYER FOR RELIEF

WHEREFORE, Petitioner requests that the Court:

a. Set this matter for hearing;

b. Remove Current Trustees  as Trustee for cause under C.R.S. § 15-5-706;

c. Appoint Michelle d. Lee  as Successor Trustee with all powers under the Trust and by Colorado law;

d. Order the former Trustee to deliver all trust property, records, financial information, and accountings to the Successor Trustee;

e. Order any necessary immediate actions to restore utilities, ensure habitability, secure the property, and protect beneficiaries;

f. Award any other relief the Court deems just and appropriate.

Dated: _4-24-26_
[Your Signature] _Michelle Lee_
[Your Printed Name] _Fairway Dr Commerce City CO 80022_
Address: _16480 Fairway Dr Commerce City CO 80022_
Phone: _346-554-9725_
Email: _leedeangddds@puid.on_

Case No. 1:25-cv-04135-NYW    Document 29    filed 04/24/26    USDC Colorado    pg 3
of 18
Case No. 1:25-cv-04135-NYW    Document 2-2    filed 12/19/25    USDC Colorado    pg 1
Case:25-01248-KHT   Doc#:10   Filed:12/05/25   Entered:12/05/25 13:28:12   Page1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

MICHELLE DEON LEE,

    Debtor.

Case No. 24-16918 KHT
Chapter 7

MICHELLE D. LEE,

    Plaintiff,

v.

CORNERSTONE HOME LENDING, a
Division of Cornerstone Capital Bank,
SSB, and ABBEY DREHER,

    Defendants.

Adversary No. 25-01248 KHT

## JUDGMENT

The above-captioned matter came before the Court as set forth in the Order Dismissing Adversary Proceeding entered contemporaneously herewith. In accordance with that Order,

IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: December 5, 2025

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: _____
    Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
    Kimberley H. Tyson
    United States Bankruptcy Judge

A-2

Notice of Capacity, Beneficial Ownership, Administrator of Estate for MICHELLE DEON LEE and Demand for Proof of Authority

To: Trustee: Denver

Re: Property located at

16480 Fairway dr. Commerce City Coo. 80022

5031 N.Quemoy Aurora Co. 80019

4328 Andes way Denver Co. 80022

25572 5th pl Aurora Co. 80018

15430 Fairway dr. Commerce City 80022

This Notice is given by me, Michelle D. Lee as the recorded owner and beneficiary with beneficial sovereign interest in the above-referenced property and trust/estate. Per chain of title I am the owner beneficiary. You are an inter meddler trust De Son tort please prove your authority to regulate it.

I give notice of the following facts and demands:

1. Capacity and Beneficial Ownership, Administrator

- I am the beneficial owner and beneficiary of the property per the chain of title and recorded public records, Gods Law, the constitution, including on Federal record un-contested Public record in the dismissed Bankruptcy Case No. [24-16918__(Oath of Coronation act 1688) silence in the face of theft the Monarch has failed the oath I have complete notice of my capacity and interest.

I am no longer the surety for the estate as it is in conflict with God's Law and the constitution.

I, MICHELLE DEON LEE hereby declare that I am no longer acting as surety for the State of COLORADO in connection with all properties listed in Adams county county under MICHELLE DEON LEE I relinquish any duties, responsibilities, and authority associated with that suretyship effective as of 3/23/26. _Mu Ulrika 4-3-26.

I will cooperate with the State, and any relevant parties to effectuate the release of surety, including providing any required documents.

Notary Acknowledgment

State of Colorado

County of Adams

On this 3 day of April, 2026 before me, Matthew Ebbs-Biro

(Name.

Notary Public Signature   My commission expires: 01/06/2030

Marrow Ebbs-Biro

MATTHEW EBBS-BIRO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204000057
MY COMMISSION EXPIRES JANUARY 06, 2030

# Affidavit of Familiarity with Birth Certificate

I, Michelle Deon Lee, being duly sworn, depose and say:
1. I am over the age of 18 years and competent to make this affidavit.
2. My residential address is 16480 Fairway Dr., Commerce City, CO 80022.
3. I am the person named in the birth certificate for Michelle Deon Lee, born on November 30, 1970.
4. I have reviewed the original birth certificate for Michelle Deon Lee dated November 30, 1970, and I recognize the document as the authentic birth record for me.
5. To the best of my knowledge, the information on the birth certificate, including my name and date of birth November 30, 1970, is true and correct.
6. I make this affidavit for the purpose of confirming my identity and the authenticity of the said birth certificate and for any other lawful purpose it may serve.

Subscribed and sworn to before me this ___ day of _Marth_, 20_26_

Signature: _____

MichelleDeon. Lee
Printed name: Michelle Deon . Lee
Address: 16480 Fairway Dr.
City/State/ZIP: Commerce City, CO 80022

Notary Public
State of _Colorado_
County of _Adams_
Notary printed name: _Karina Garcia_
My commission expires: _December 12th, 2026_

(Seal)

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026

# City of Houston, Texas

A-2



CERTIFIED COPY OF VITAL RECORDS

4026135

STATE OF TEXAS ) ss
COUNTY OF HARRIS )        DATE ISSUED        AUG 0 7 2008

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, HOUSTON HEALTH AND HUMAN SERVICES DEPARTMENT.

R. W. Hanks, Register
BUREAU OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying seal and signature of Register.
LAMINATION MAY VOID CERTIFICATE.

A-3

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:                      )
                           )

Michelle Deon Lee             )      Case No. 24-16918 KHT
             *****0459        )      Chapter 7
                           )

---

## TRUSTEE'S MOTION TO ABANDON REAL PROPERTY OF THE ESTATE

---

Tom Connolly, Chapter 7 Trustee, requests an Order, pursuant to Fed.R.Bankr.P. 6007, abandoning real property of the estate listed below. In support hereof, I state as follows:

1.      Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code on November 20, 2024. The case was converted to chapter 7 on February 28, 2025. Shortly thereafter, I was appointed trustee.

2.      Property of the bankruptcy estate includes the following investment properties (the Properties"):

        1)  real property located at 5031 N. Quemoy Ct., Aurora, CO 80019;
        2)  real property located at 4328 Andes Way Denver CO 80249;
        3)  real property located at 25572 E 5th Place Aurora CO 80018; and
        4)  real property located at 15430 Fairway Dr., Commerce City, CO 80022.

3.      I am informed that the Properties are encumbered by purchase-money mortgages that are in default. The Properties are also subject to significant unavoidable judgment liens. The secured lenders have been granted relief from stay and the Properties are currently in foreclosure.

4.      None of the Properties generate revenue.

5.      The estate has no funds with which to insure or secure the Properties.

6.      Accordingly, the Properties are burdensome and inconsequential value or benefit to the estate.

WHEREFORE, I respectfully request an Order granting my Motion to Abandon Real Property of the Estate and for such other and further relief as the Court deems just and proper.

Date: January 6, 2026.

/s/ Tom H. Connolly
Tom H. Connolly, Chapter 7 Trustee
PO Box 68
Lafayette, Colorado 80026
303-661-9292 ph
tom@connollytrustee.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 6, 2026, true and correct copies of the documents entitled **TRUSTEE'S MOTION TO ABANDON REAL PROPERTY OF THE ESTATE**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Michelle Deon Lee
16480 Fairway Dr
Commerce City, CO 80022
Leedreamgoddes@gmail.com

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Attorney Amanda K. Ashley via CM/ECF
Attorney Alison L. Berry via CM/ECF
Attorney Andrea Lynn Betts-Whalen via CM/ECF
Attorney Douglas W. Brown via CM/ECF
Attorney Robert Gregory Busch via CM/ECF
Attorney Aricyn Jaine Dall via CM/ECF
Attorney Heather Deere via CM/ECF
Attorney David W. Drake via CM/ECF
Attorney Abbey Ulsh Dreher via CM/ECF

Attorney Jeffrey Fleming via CM/ECF
Attorney Ciro A. Mestres via CM/ECF
Attorney Jeffrey B. Smith via CM/ECF
Attorney Rachael Swernofsky via CM/ECF
Attorney N. April Winecki via CM/ECF
United States Trustee via CM/ECF

/s/ Christy Bevel
Christy Bevel, Legal Assistant

**Gmail**                                                            Dream Goddes Lee <leedreamgoddes@gmail.com>

---

## -16918-KHT Motion to Abandon-Filed by Trustee

essage

ecf-reply@cob.uscourts.gov <cmecf-reply@cob.uscourts.gov>                    Tue, Jan 6, 2026 at 10:03 AM
courtmail@cob.uscourts.gov

his is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this email because the
nail box is unattended.
**NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and
parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt
s required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a
:opy of each document during this first viewing. However, If the referenced document is a transcript, the free copy and 30-
age limit do not apply.

**U.S. Bankruptcy Court**

**District of Colorado**

Notice of Electronic Filing

The following transaction was received from Tom H. Connolly entered on 1/6/2026 at 10:03 AM MST and filed on 1/6/2026
**Case Name:**        Michelle Deon Lee
**Case Number:**      24-16918-KHT
**Document Number:** 348

Docket Text:
Motion to Abandon Numerous Real Properties (See Motion) Filed by Tom H. Connolly on behalf of Tom H. Connolly. (Attachments: #
1) Proposed/Unsigned Order) (Connolly, Tom)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Trustee's Motion to Abandon Real Property.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=985638001 [Date=1/6/2026] [FileNumber=51119591-0]
[597bec39540e2cf775b631de4e916206cfa89bb2269ac2dca7f6ecc08c5a7dbfd6b4
4f58157c68dcb0c41f01602f70adb6d5d832e2a51ec2505c06cfc3d5d849]]
**Document description:** Proposed/Unsigned Order
**Original filename:** C:\fakepath\Trustee's Motion to Abandon Real Property-PO.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=985638001 [Date=1/6/2026] [FileNumber=51119591-1]
[58a21b7baed02a9b17d2beccec1f6e458b5f2998b122a4cc75795f12a2c95f9484a1
7214f363e77d2f814cde5c4fed908247b2520b30def746dee0731e47e66a]]

**24-16918-KHT Notice will be electronically mailed to:**

Gabriella Alonso on behalf of Defendant Ally Bank Department
galonso@bradley.com, mfowlkes@bradley.com;ediebitsch@bradley.com

Amanda K. Ashley on behalf of Creditor Second Creek Ranch Metropolitan District
aashley@altitude.law

Amanda K. Ashley on behalf of Creditor The Gallery at Reunion Association, Inc.
aashley@altitude.law

Amanda K. Ashley on behalf of Defendant Second Creek Ranch Metropolitan District
aashley@altitude.law

Amanda K. Ashley on behalf of Defendant The Gallery At Reunion Metro District
aashley@altitude.law

Amanda K. Ashley on behalf of Defendant Jeffrey B. Smith

A-3

Alison L Berry on behalf of Creditor Bellco Credit Union
bankruptcyecf@janewaylaw.com

Andrea Lynn Betts-Whalen on behalf of Creditor JPMorgan Chase Bank, N.A.
andrea.betts-whalen@padgettlawgroup.com

Douglas W Brown on behalf of Creditor KeyBank National Association
lbrown@bdwfd.com, jkreh@bdwfd.com,jmellott@bdwfd.com

Robert Gregory Busch on behalf of Creditor Kalamata Capital LLC
rob@rgbusch.com

Robert Gregory Busch on behalf of Defendant Robert Busch #28565
rob@rgbusch.com

Tom H. Connolly
tom@connollytrustee.com, ecf.alert+Connolly@titlexi.com

Aricyn Jaine Dall on behalf of Creditor Trinity Life Insurance Company
bankruptcy@rsmalaw.com, adall@rsmalaw.com

Aricyn Jaine Dall on behalf of Defendant SN Servicing
bankruptcy@rsmalaw.com, adall@rsmalaw.com

Aricyn Jaine Dall on behalf of Defendant Trinity Life Insurance
bankruptcy@rsmalaw.com, adall@rsmalaw.com

Aricyn Jaine Dall on behalf of Defendant Scott D Toebben
bankruptcy@rsmalaw.com, adall@rsmalaw.com

Heather Deere on behalf of Creditor New American Funding, LLC
bankruptcyco@hwmlawfirm.com

Heather Deere on behalf of Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee
for Verus Securitization Trust 2023-4
bankruptcyco@hwmlawfirm.com

Heather Deere on behalf of Defendant Halliday, Watkins & Mann, P.C.
bankruptcyco@hwmlawfirm.com

Heather Deere on behalf of Defendant Heather L. Deere
bankruptcyco@hwmlawfirm.com

David W. Drake on behalf of Creditor Nationstar Mortgage LLC
co.ecf@bdfgroup.com

Abbey Ulsh Dreher on behalf of Creditor Cornerstone Home Lending, a Division of Cornerstone Capital Bank, SSB
abbey.dreher@bonialpc.com

Abbey Ulsh Dreher on behalf of Defendant CornerStone
abbey.dreher@bonialpc.com

Abbey Ulsh Dreher on behalf of Defendant Abbey Dreher
abbey.dreher@bonialpc.com

Jeffrey Fleming on behalf of Creditor Nationstar Mortgage LLC
co.ecf@bdfgroup.com

Michelle Deon Lee
Leedreamgoddes@gmail.com

Ciro A. Mestres on behalf of Creditor JPMorgan Chase Bank, N.A.
mccallaecf@ecf.courtdrive.com, mccallaecf@ecf.courtdrive.com

Harrison Meyers on behalf of Defendant JPMorgan Chase Bank
hmeyers@leoncosgrove.com

Victor M. Morales on behalf of Defendant McCalla Raymer Leibert Pierce, LLP

A-4

Date: 04/13/2026

To: Beneficiaries of MICHELLE DEON LEE

Re: Notice of of Trusteeship

I, Michelle D. Lee hereby accepts appointment as Trustee of the MICHELLE DEON LEE effective 02/24/2026. My contact information is:
Address: 16480 Fairway dr. Commerce city Co. 80022
Phone: 303-4839822
Email: mlee.yourrightsmatter@gmail.com
This notice is provided pursuant to Colorado law and is being given within the 60-day period following my acceptance. The 60-day period ends on 04/25/2026.
I am a qualified beneficiary and would like a copy of the trust instrument and the portions to which I am entitled trustee.
Sincerely,
Michelle D. Lee


Name of Trustee
Michelle D. Lee
Date: 02/24/2026

State of _____
County of _____
The foregoing instrument was acknowledged
before me this _____ (date)
by _____
                Individual Name(s)
Notary Public _____

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026

A-5

# DECLARATION OF TRUST

Irrevocable Trust with Limited Monthly Amendment Power
This Declaration of trust in God's law is made and entered into on 04/13/26 by
MICHELLE DEON LEE, also known as Michelle D. Lee Expressed Settlor /Grantor
,Expressed Beneficiary, Trustee .

## 1. Creation of Trust

Settlor hereby declares and establishes the MICHELLE DEON LEE and transfers to the
Trustee the property described in Schedule A, together with any additional property later
added to the Trust, to be held, administered, and distributed according to this
Declaration and Colorado law.

## 2. Irrevocability and Limited Power to Amend

This Trust is irrevocable, except that the Expressed Grantor/ Settlor retains a limited
power to amend this Trust only during the first five (5) business days of each calendar
month by a written instrument signed by the Settlor and delivered to the Trustee. Any
such amendment shall be effective only upon delivery to the Trustee and only to the
extent permitted by applicable law and the terms of this Trust.

## 3. Trustee

Successor Trustee: Trustee abandonment  resignation, incapacity, removal, or inability
of the Initial Trustee to serve, Michelle D. Lee shall serve as Successor Trustee, The
Trustee shall have all powers granted under Colorado law and under this Declaration.

## 4. Trust Purpose

The purpose of this Trust is to hold, manage, protect, and distribute trust property for the
benefit of the beneficiaries named in this Declaration, and to make charitable gifts as
provided herein.

## 5. Beneficiaries

### A. Primary Beneficiary
The primary beneficiary of this Trust is:
   Michelle D. Lee, unless otherwise modified by a valid amendment made under
   Section 2 of this Declaration.

### B. Contingent Beneficiaries
If no contingent beneficiary survives or qualifies to receive a distribution, the Trust
property shall be distributed as provided in the charitable gift provisions below.

A-5

## 6. Distribution of Income

During the lifetime of the primary beneficiary, the Trustee shall distribute the net income of the Trust to the primary beneficiary at monthly and annually profits,

## 7. Distribution of Principal

The Trustee may distribute principal to or for the benefit of the primary beneficiary in such amounts and at such times as the Trustee determines adviseable for the beneficiary's health, education, maintenance, support, or general welfare, taking into account the beneficiary's other resources, needs, and circumstances.

## 8. Death of Last Primary Beneficiary

Upon the death of the last surviving primary beneficiary, after payment of any lawful expenses, debts, taxes, and administrative costs, the Trustee shall distribute the remaining trust estate as follows:

### A. Contingent Beneficiaries

First, to the contingent beneficiaries, if any, in accordance with the Per Stirpes direction set forth in this Trust.

### B. Minor Beneficiaries

If any beneficiary is a minor, the Trustee shall hold that beneficiary's share in a separate subtrust until the beneficiary attains the age of majority . During that time, the Trustee may distribute income and principal for the beneficiary's health, education, maintenance, and support, or accumulate income as the Trustee deems appropriate. Upon attaining the specified age, the remaining balance of the subtrust shall be distributed outright to the beneficiary.

### C. Special Needs Beneficiary

If any beneficiary is disabled or may be receiving public benefits, the Trustee may hold that beneficiary's share in a supplemental needs trust and shall administer it so as not to interfere with eligibility for means-tested public benefits, to the extent permitted by law. Distributions shall be purely discretionary and may be limited to supplemental goods and services not otherwise provided by public benefits.

### D. Charitable Gift to Foundation to Be Created by Michelle D. Lee

Any remaining portion of the Trust estate not otherwise distributed under the foregoing provisions shall be distributed to The Michelle D. Lee Foundation (the "Foundation"), a charitable organization to be organized by Michelle D. Lee, in the sum of the Trust , to be used exclusively for the Foundation's charitable purposes as set forth in its organizing documents. It is the Grantor's intention that the Foundation qualify as an organization described in Section 501(c)(3) of the Internal Revenue Code. The Trustee may require evidence satisfactory to the Trustee that the Foundation has been validly formed and holds such exempt status before making any distribution.

A-5

## 10. Trustee Powers

The Trustee shall have all powers permitted under Colorado law and all powers reasonably necessary to carry out the purposes of this Trust, including the power to:

a. Hold, manage, invest, and reinvest Trust property;
b. Open, maintain, and close financial accounts;
c. Buy, sell, lease, exchange, and improve Trust property;
d. Execute deeds, assignments, contracts, and other documents;
e. Collect income and principal;
f. Pay debts, taxes, expenses, and administrative costs;
g. Make discretionary distributions;
h. Hire professionals, including attorneys, accountants, and investment advisers; and
i. Take any action necessary to administer the Trust in good faith and in accordance with this Declaration.

## 11. Accounting and Records

The Trustee shall keep accurate records of all Trust property, receipts, disbursements, income, expenses, and distributions, and shall provide accountings as required by law or upon reasonable request by a beneficiary entitled to receive them.

## 12. Spendthrift Protection

To the fullest extent permitted by law, no beneficiary shall have the power to assign, transfer, encumber, or anticipate any interest in the Trust, and no interest of any beneficiary shall be subject to claims of creditors before actual distribution by the Trustee Grantor/Settlor who created the trust and retained control or benefits, spendthrift protection do not apply.self-settled trust rules. .

## 13. Governing Law

This Trust shall be governed by and construed under the laws of the constitution of the united states.

## 14. Severability

If any provision of this Declaration is held invalid or unenforceable, the remaining provisions shall continue in full force and effect.

## 15. Entire Agreement

This Declaration contains the entire agreement concerning the Trust and supersedes prior oral or written statements inconsistent with its terms, except as validly amended under Section 2.

A-3 -

John Scanlan on behalf of Interested Party John Scanlan
vscanlan@circlelaw.net, CircleLawthescanlanlawoffice@jubileebk.net

Jeffrey B. Smith on behalf of Creditor Second Creek Ranch Metropolitan District
smith@altitude.law

Rachael Swernofsky on behalf of Creditor Nationstar Mortgage LLC
co.ecf@bdfgroup.com

Rachael Swernofsky on behalf of Creditor Nationstar Mortgage, LLC
co.ecf@bdfgroup.com

Rachael Swernofsky on behalf of Defendant Barrett Frappier & Weisserman, LLP
co.ecf@bdfgroup.com

Rachael Swernofsky on behalf of Defendant Barrett, Frappier & Weisserman, LLP
co.ecf@bdfgroup.com

Rachael Swernofsky on behalf of Defendant Rushmore Servicing
co.ecf@bdfgroup.com

Rachael Swernofsky on behalf of Defendant Rachael Swernofsky
co.ecf@bdfgroup.com

Ronald J Tomassi, JR on behalf of Defendant JPMorgan Chase Bank
tomassi@leoncosgrove.com, rmartinez@leoncosgrove.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

N. April Winecki on behalf of Creditor Bellco Credit Union
bankruptcyecf@janewaylaw.com, nortonlawpc@gmail.com

N. April Winecki on behalf of Defendant Bellco Credit Union
bankruptcyecf@janewaylaw.com, nortonlawpc@gmail.com

**24-16918-KHT Notice will not be electronically mailed to:**

A-5

# Schedule A

Trust Property

16480 Fairway dr. Commerce City 80022

15430 Fairway Drive Commercity Co. 80022

25572 5th pl Aurora co 80018

5031 n. Quemoy ct.   (o·8008

Residential Care Services

Dream Real Estate Group

Michelle 's Eyelash Spa

TLL lonetree

# Petition to Remove Trustee & Appoint Successor (Settlor Living)

Adams County, Colorado

District Court / Probate Court Denver

Case No.: 26PR186

In the Matter of the Trust of: MICHELLE DEON LEE

FILED IN ADAMS COUNTY
COMBINED COURT

APR 2 4 2026

---

## PETITION TO REMOVE TRUSTEE AND APPOINT SUCCESSOR TRUSTEE

COMES NOW Petitioner, Michelle D. Lee , a qualified Expressed beneficiary Expressed Grantor under Gods law and under the Trust, and states:

a. Trust Name: *The Michelle Deon Lee Trust*, dated November 30, 1970.

b. Settlor: Michelle D. Lee, currently living and residing at 15430 Fairway Dr., Commerce City, Colorado 80022.

c. Trustee: Michelle D. Lee, appointed as Trustee under the Trust. (Even though the Settlor and Trustee are the same person initially.)

d. Petitioner: Michelle D. Lee, beneficiary and co-trustee.

1. Jurisdiction & Authority

   Jurisdiction lies under the Colorado Uniform Trust Code, C.R.S. § 15-5-706 (Removal of Trustee). Venue is proper in this court because Denver  is the place of trust administration.

2. Grounds for Removal (Abandonment)

   Petitioner alleges that the Trustee has abandoned essential duties by:

   Neglecting maintenance of trust property located at

   15430 Fairway dr. Commerce City Co. 80022

   **16480 Fairway dr. Commerce City Colorado**

   **5031N. Quemoy Aurora Co. 80019**

   Failing to ensure utilities and habitability, leaving beneficiaries without safe shelter, water  shut off for 3 months, or basic necessities;

   Failing to communicate/respond to beneficiary demands regarding trust administration; allowing liability for the trust to be taken advantage of by creditors.Incomplete Accounting & Records Under Colorado Open Records Act ("CORA") Requests

   Petitioner has submitted CORA requests in counties Adams , Denver , and Arapahoe , Adams  to obtain Trust-related accounting documents and

records. The responses have been incomplete or nonresponsive, indicating lack of documentation and possibly efforts to conceal or neglect proper recordkeeping and transparency.

Allowing trust property to deteriorate or become unsafe due to disrepair and lack of oversight.

3. Harm and Need for Successor Trustee

Because of the Trustee's abandonment, beneficiaries are suffering deprivation of basic living standards; there is risk of irreparable damage to trust assets; and trust purposes are being frustrated. Immediate intervention is necessary to protect beneficiaries' health, safety, and trust property.

4. New Successor Trustee

Petitioner nominates Michelle D. Lee  of 16480 Fairway dr. Commerce City dr. who is willing and able to serve. The nominee would accept fiduciary duties, manage property, restore utilities and shelter, account for past management, and otherwise administer the trust as required by law and trust instrument.

5. Trust Instrument: Attached

## PRAYER FOR RELIEF

WHEREFORE, Petitioner requests that the Court:

a. Set this matter for hearing;

b. Remove Current Trustees  as Trustee for cause under C.R.S. § 15-5-706;

c. Appoint Michelle d. Lee  as Successor Trustee with all powers under the Trust and by Colorado law;

d. Order the former Trustee to deliver all trust property, records, financial information, and accountings to the Successor Trustee;

e. Order any necessary immediate actions to restore utilities, ensure habitability, secure the property, and protect beneficiaries;

f. Award any other relief the Court deems just and appropriate.

Dated: 4-24-26

[Your Signature] _Michelle Lee_

[Your Printed Name]

Address: 16480 Fairway Dr Commerce City CO 80022

Phone: 346-554-9728

Email: leedawgddds@guid.con